IN THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

|  |  |
|---|---|
| ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : CIVIL ACTION NO.: 1:18-cv-20209-RNS <br> : |
| MIAMI INTERNATIONAL MEDICAL CENTER, LLC d/b/a THE MIAMI MEDICAL CENTER, | : <br> : <br> : |
| Defendants. | : <br> : <br> : |

**STATUS REPORT IN RESPONSE TO THE COURT'S ORDER (DOCKET NO. 9)**

Pursuant to this Court's Order dated July 29, 2018 (Dkt. No. 9), ordering Plaintiff Aramark Healthcare Support Services, LLC ("Plaintiff" or "Aramark") to file reports advising the Court of the status of Defendant Miami International Medical Center, LLC's ("Defendant" or "Miami Medical") ongoing bankruptcy proceedings in the U.S. Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), Aramark, by and through its attorneys, Duane Morris LLP, hereby states as follows:

The bankruptcy of Miami Medical is still pending and the automatic stay remains in effect. On or about June 25, 2018, the Bankruptcy Court approved the sale of substantially all of Miami Medical's assets to a stalking horse bidder, Variety Children's Hospital ("VCH") for $30 million. The sale consideration represents a credit bid on account of secured debt held by VCH, but the sale will yield $1.8 million in cash proceeds payable to general unsecured creditors as a result of a settlement with the Official Committee of Unsecured Creditors. *See generally In re: Miami Int'l Med. Center, LLC*, No. 18-12741-LMI (S.D. Fla. Bankr.). The sale has not yet

1

closed pending regulatory approvals.

On August 1, 2018, the Bankruptcy Court extended the exclusive period in which the debtor may file a chapter 11 plan of reorganization. *Id.* at Dkt. No. 290. However, no plan has been proposed to date.

          Respectfully submitted,

          **DUANE MORRIS, LLP**
          200 South Biscayne Boulevard, Suite 3400
          Miami, Florida 33131
          Telephone: 215.979.1977
          Facsimile: 215.689.4429

          By: /s/ Kassia Fialkoff
              Kassia Fialkoff
          Florida Bar No. 117708
          KFialkoff@duanemorris.com

          *Attorneys for Plaintiff Aramark*
          *Healthcare Support Services, LLC*

August 1, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 1st day of August, 2018, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF. I also certify that the foregoing document will be served upon all parties requesting electronic notice and will be served via email to counsel listed below.

Miami International Medical Center,
d/b/a The Miami Medical Center,
c/o Peter D. Russin
Meland Russin & Budwick P.A.
3200 SE Financial Center
200 S Biscayne Blvd
Miami, Florida 33131
(305) 358-6363

/s/Kassia Fialkoff
Kassia Fialkoff